## TOWN OF WINNEBAGO CITY v. FRITZ CHRISTENSEN.[1]

### April 30, 1909.

### Nos. 16,045—(48).

After the former appeal, reported in 102 Minn. 518, defendant moved for amended findings and for permission to file a supplemental answer. Both motions were refused, Quinn, J. From the judgment entered pursuant to the findings, defendant appealed. Affirmed.

*Andrew C. Dunn*, for appellant.

*S. J. Abbott* and *Putnam & Nicholsen*, for respondent.

PER CURIAM.

In this action the town of Winnebago City sought to enjoin the appellant from maintaining obstructions in a public highway. After a trial the court ordered a permanent injunction as prayed, and the order denying a new trial was affirmed by this court. Town of Winnebago City v. Christensen, 102 Minn. 518, 113 N. W. 1135. Thereafter the defendant applied to the district court for amended finding and for leave to file a supplemental answer. These motions were denied, and this appeal is from the judgment. We find no error in the record, and the judgment is affirmed.

[1] Reported in 120 N. W. 1135.